*Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Cecelia H. Goetz* for respondent.

No. 756. BASCOM LAUNDER CORP. ET AL. *v.* TELECOIN CORPORATION. C. A. 2d Cir. Certiorari denied. *Arnold Malkan* and *Cyrus Austin* for petitioners. *Clarence Fried* for respondent.

No. 759. SKOVGAARD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States.

No. 760. TRENTON CHEMICAL Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Selden S. Dickinson* and *Glenn D. Curtis* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 770. UNITED STATES *v.* THOMAS;
No. 771. UNITED STATES *v.* RAMSEY; and
No. 772. UNITED STATES *v.* FRAME. Court of Claims. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Paul R. Harmel* for respondents in Nos. 770 and 771, and *Thomas H. King* for respondent in No. 772.

No. 775. BRIER CREEK HUNTING & FISHING CLUB, INC. *v.* SCREVEN COUNTY ET AL. C. A. 5th Cir. Certiorari denied. *Benjamin E. Pierce* and *W. Inman Curry* for petitioner.